# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

160534 & (32)(37)(39)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LATAUSHA SIMMONS,
        Defendant-Appellant.

SC: 160534
COA: 349547
Macomb CC: 2018-000127-AR

_____/

      By order of March 3, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the July 30, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motions for immediate consideration and for stay of proceedings in the 37th District Court are GRANTED. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



p0916

Clerk